IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 1:11CR035(02) |
| vs. ) | |
| BLACK STAR CAVIAR, CO. ) | |

**ORDER EXTENDING THE DISCLOSURE OF THE PRESENTENCE INVESTIGATION REPORT**

The disclosure of the Presentence Investigation Report regarding the above named defendant is hereby extended until March 21, 2012, which will also extend all succeeding deadlines in accordance with the local rule.

_July 15, 2012_
Date

_[signature]_
The Honorable Michael R. Barrett
United States District Judge