IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA )
)
) Docket No. 1:11CR035(04)
vs. )
)
)
CORNELIA JOYCE KINDER )

### ORDER EXTENDING THE DISCLOSURE OF THE PRESENTENCE INVESTIGATION REPORT

The disclosure of the Presentence Investigation Report regarding the above named defendant is hereby extended until March 21, 2012, which will also extend all succeeding deadlines in accordance with the local rule.

February 15, 2012
Date

The Honorable Michael R. Barrett
United States District Judge